## STATE OF NEBRASKA V. ADAMS EXPRESS COMPANY.

### FILED MARCH 5, 1908. No: 15,310.

ACTION by the state.    Plea in abatement.    *Overruled.*

PER CURIAM.

The facts in this case are the same as in *State v. Pacific Express Co., ante,* p. 823.

For the reasons stated in that opinion, the plea in abatement herein is

OVERRULED.